**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA (Eastern Division)**

| | | |
|---|---|---|
| DANIEL SNYDER, | ) | Case No. 3:22-cv-27-SHL-SBJ |
| Plaintiff, | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| ARCONIC, CORP., a Delaware Corporation, and ARCONIC DAVENPORT LLC, a Delaware Corporation,, | ) | |
| Defendants. | ) | |

Come now the Parties, Plaintiff Daniel Snyder and Defendants Arconic, Corp., and Arconic Davenport, LLC., to submit the following joint status report:

1. Both parties are still in the process of finalizing written discovery and scheduling depositions.

2. Counsel for both parties have had significant litigation obligations in other matters in recent weeks, but are still moving towards completing discovery in this matter by the May 15, 2023, deadline.

Respectfully submitted,

/s/ Michael G. McHale
Michael G. McHale
Matthew Heffron, AT0003463
Thomas More Society
10506 Burt Cir., Ste. 110
Omaha, NE 68114
402-501-8586
mmchale@thomasmoresociety.org
*Counsel for Plaintiff*

/s/ Mikkie R. Schiltz
Mikkie R. Schiltz, AT0007038
220 North Main Street, Ste. 600
Davenport, IA 52801
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
Email: mschiltz@l-wlaw.com
*Counsel for Defendants*