# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 29, 2023

Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle
Omaha, NE  68114

RE:  23-3188  Daniel Snyder v. Arconic, Corp., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:     Martin A. Cannon
        Clerk, U.S. District Court, Southern Iowa
        Tonya Gerke
        Matthew F. Heffron
        Mikkie R. Schiltz

        District Court/Agency Case Number(s):   3:22-cv-00027-SHL

**Caption For Case Number:   23-3188**

Daniel Snyder

       Plaintiff - Appellant

v.

Arconic, Corp., A Delaware Corporation; Arconic Davenport, LLC, A Delaware Corporation

       Defendants - Appellees

**Addresses For Case Participants:   23-3188**

Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle
Omaha, NE  68114

Martin A. Cannon
THOMAS MORE SOCIETY
16983 370th Street
Carson, IA  51526

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Tonya Gerke
UNITED STATES COURTHOUSE
Southern District of Iowa
123 E. Walnut Street
Des Moines, IA  50309-2035

Matthew F. Heffron
THOMAS MORE SOCIETY
Suite 110
10506 Burt Circle
Omaha, NE  68114

Mikkie R. Schiltz
LANE & WATERMAN
Suite 600
220 N. Main Street
Davenport, IA  52801-1987